## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-03341-SVW-AGR | Date | October 20, 2016 |
|---|---|---|---|
| Title | David Kaup v. Alicia Sundstrom et al | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Paul M. Cruz | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None | None |

**Proceedings:**   In Chambers: **ORDER TO SHOW CAUSE**

On May 16, 2016, Plaintiff filed a complaint and requested to proceed in forma pauperis without prepayment of filing fees. On May 19, 2016, the Court granted the Plaintiff's request and ordered an initial partial filing fee of $20.00.

The extended deadline for Plaintiff's partial filing fee was due on June 18, , 2016. (Dkt. No. 4.) Accordingly, no later than November 3, 2016, plaintiff is ordered to show cause why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $20.00 filing fee by the court on or before **November 3, 2016**, shall be deemed compliance with this order to show cause.

Initials of Preparer   PMC