FILED
CLERK, U.S. DISTRICT COURT

Dec 13, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUP,<br><br>    PLAINTIFF,<br><br>v.<br><br>- PRESIDENT, FINANCIAL CREDIT NETWORK, INC.,<br><br>    DEFENDANT. | Case No.: CV16-03341-SVW(AGRx)<br><br>**JUDGMENT** |

    Pursuant to the Court's November 21, 2016 Order granting Defendants Financial Credit Network and Alicia Sundstrom's Motion to Dismiss, it is HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants and against Plaintiff David Kaup on Plaintiff's entire Complaint.

Dated: December 13, 2016      By: _____
                                                      Honorable Stephen V. Wilson
                                                      United States District Court Judge

[PROPOSED] JUDGMENT